IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

  vs.    No. 2:12-cv-2167 GEB GGH PS

HOLLINGSWORTH LOGISTICS, et al.,

    Defendants.    <u>ORDER</u>

_____/

       Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

       By order filed December 17, 2012 the court determined that plaintiff had stated a colorable claim against defendants Hollingsworth Logistics, Mike Sansome, and San Joaquin County Work Net. The court also dismissed plaintiff's claims against defendant United States with twenty-eight days leave to amend. Plaintiff has not filed an amended complaint. Plaintiff has apparently decided to rest on the complaint. Therefore, defendant United States will be dismissed by separately issued findings and recommendations.

\\\\\

\\\\\

Good cause appearing, IT IS ORDERED that:

1. Service is appropriate for the following defendants: Hollingsworth Logistics, Mike Sansome, and San Joaquin County Work Net.

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

4. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and *shall file a statement with the court that said documents have been submitted to the United States Marshal.* The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

   d. One copy of this court's status order for each defendant; and

   e. One copy of the instant order for each defendant.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

\\\\\

\\\\\

\\\\\

\\\\\

1        6. The Clerk of the Court is directed to serve a copy of this order on the U.S.

2  Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

3  DATED: February 13, 2013

                /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

GGH:076/Whitsitt2167.srv.wpd