IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

  vs.                            No. 2:12-cv-2167 GEB GGH PS

HOLLINGSWORTH LOGISTICS, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

        By order filed December 17, 2012 the court determined that plaintiff had stated a colorable claim against defendants Hollingsworth Logistics, Mike Sansome, and San Joaquin County Work Net. The court also dismissed plaintiff's claims against defendant United States with twenty-eight days leave to amend. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that defendant United States be dismissed from this action without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

\\\\\

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 13, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Whitsitt2167.B3.wpd