IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

vs.                        No. 2:12-cv-2167 GEB GGH PS

HOLLINGSWORTH LOGISTICS, et al.,

    Defendants.           <u>ORDER TO SHOW CAUSE</u>

_____/

        On February 14, 2013, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form for each defendant. Pursuant to that order, within 14 days from the February 14, 2013 filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court has not received a proof of service showing that the defendants have been served, and the U.S. Marshal has no record of the documentation being filed with their office.

        THEREFORE, plaintiff is ordered to show cause, within twenty-one (21) days, why this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).

DATED: April 2, 2013

                        /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:076/Whitsitt2167.nosrv.wpd